# United States Bankruptcy Court
## Central District of California

Riverside

Judge Meredith Jury, Presiding

Courtroom 301 Calendar

**Monday, April 25, 2011**                                               Hearing Room  301

1:31 pm

6:11-17590    Wayne Lanier Barclay and Patricia Amavizca Barclay                **Chapter 13**

#43.00        Confirmation of Chapter 13 Plan

Docket #:

**Matter Notes:**

PRESENT:

, for Rod Danielson, Trustee

, for Debtor

, for

Confirmed per trustee's recommendation - Plan provisions: % to pay _____

Duration: _____

Payment $ _____

(   ) Objection to plan: (   ) Withdrawn  (   ) Sustained  (   ) Overruled

(   ) **Case Dismissed:**

    (   ) without prejudice    (   ) Under 109(g)

[ ] **CLERK'S BNC ORDER DISMISSING ON**_____
[ ] **New case may be filed before dismissal is entered.**

(   )  Conversion to chapter 7 in  10 days  or dismiss

(   )  Continued to _____ at _____ pm

(   )  Off calendar

(   )  Other

**Judge:**

EH_____